UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON AGUILAR-LASTRA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal Case No. 10CR4283WQH<br><br>ORDER AND JUDGMENT<br>OF DISMISSAL OF INDICTMENT<br>AND RELEASE OF DEFENDANT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant RAMON AGUILAR-LASTRA, is dismissed without prejudice; and,

IT IS FURTHER ORDERED that the defendant RAMON AGUILAR-LASTRA be released from federal custody.

DATED: January 13, 2011

_____
**WILLIAM Q. HAYES**
United States District Judge